No. 1,860.

## TOWN OF SALEM *v.* REID ET AL.

From the Washington Circuit Court.

*Mitchell & Mitchell,* for appellant.

*D. M. Alspaugh* and *J. C. Lawler,* for appellees.

REINHARD, C. J.—The questions presented by the record in this case are identical with those decided by this court in *Town of Salem* v. *Henderson,* at present term (see 13 Ind. App. 563.) Upon the authority of that case the judgment of the lower court in the present case must be affirmed,

Judgment affirmed.

Filed November 19, 1895.